Joyce W. Lindauer
State Bar No. 21555700
Gordon Green
State Bar No. 24083102
Aaron Michelsohn
State Bar No. 24085473
Attorneys at Law
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MATT'S TEX MEX ROANOKE, LLC, | § | CASE NO. 15-40113-btr |
| | § | Chapter 11 |
| Debtor. | § | |

## DEBTOR'S WITNESS AND EXHIBIT LIST

Comes now Matt's Tex Mex Roanoke, LLC, debtor in the above-styled and numbered bankruptcy case ("Debtor") and files this its Witness and Exhibit List for the hearings scheduled on February 17, 2015.

### Witnesses

At the hearing, the Debtor may call the following persons to testify as witnesses:

1. Matt Martinez III

2. Estella Martinez

3. Any witness designated by any other party

### Exhibits

At the hearing the Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Debtor's Emergency Motion for Use of Cash Collateral | | |
| 2 | Interim Order for Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code and Providing Adequate Protection and Granting Liens and Security Interests | | |
| 3 | Budget | | |
| 4 | Proposed Final Order for Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code and Providing Adequate Protection and Granting Liens and Security Interests | | |
| 5 | Any exhibits identified by any other party. | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

Dated: February 12, 2015.

Respectfully Submitted,

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Gordon Green
State Bar No. 24083102
Aaron Michelsohn
State Bar No. 24085473
Attorneys at Law
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 12, 2015 a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

Elizabeth Banda Calvo on behalf of Creditor City of Colleyville, Grapevine-Colleyville ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Heather M. Forrest on behalf of Creditor Capital One, N.A.
hforrest@jw.com, vnelson@jw.com

Laurie Spindler Huffman on behalf of Creditor Dallas County
laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com

Jason Starks on behalf of Creditor Texas Comptroller of Public Accounts
bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

/s/ Joyce W. Lindauer
Joyce W. Lindauer